JOSEPH P. KISSLING, as Executor of CATHLEEN G. HEARN, Deceased, Appellant, *v.* WILLIAM G. HEARN, Respondent.

Submitted January 5, 1943; decided February 25, 1943.

*George Rubenfeld* and *Joseph P. Kissling* for appellant.
*Gabriel Rubino* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.